**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03169-AP

CATHRYN M. LOPEZ,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**AMENDED[1] JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Frederick W. Newall #10269, Esq.
730 N. Weber, #101
Colorado Springs, CO 80903
Telephone (719) 633-5211
newallfrederick@qwestoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

DEBRA J. MEACHUM
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street, Sixth Floor
Denver, CO 80202
Telephone: (303) 844-1570
Debra.meachum@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

---

[1] Amended to reflect the correct docket number and the correct name of the United States attorneys representing Defendant in this case.

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   **A.   Date Complaint Was Filed: 12/30/10**
   **B.   Date Complaint Was Served on U.S. Attorney's Office:   2/1/11.**
   **C.   Date Answer and Administrative Record Were Filed:   3/22/11.**

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  However, the Plaintiff reserves the right to supplement the record if necessary.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.   STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   BRIEFING SCHEDULE**

   **A.   Plaintiffs Opening Brief Due:       5/26/11**
   **B.   Defendant's Response Brief Due:   6/27/11.**
   **C.   Plaintiffs Reply Brief (If Any) Due: 7/11/11.**

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   **A.   Plaintiffs Statement:** Plaintiff does not request oral argument.
   **B.   Defendant's Statement:**  Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 15th day of April, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>Frederick Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>E-mail: newallfrederick@qwestoffice.net<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>By: s/Debra J. Meachum<br>    DEBRA J. MEACHUM<br>    Special Assistant U. S. Attorney<br>    Office of the General Counsel<br>    Social Security Administration<br>    1001 17th Street, Sixth Floor<br>    Denver, CO 80202<br>    Telephone: (303) 844-1570<br>    Debra.meachum@ssa.gov<br>    Attorneys for Defendant. |