# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:     **10-cv-03169-RBJ**

**CATHRYN M. LOPEZ**,

                         Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                         Defendant

## ORDER FOR ATTORNEY FEES UNDER EAJA

The matter before the Court is on the parties' Stipulated Fees Under the EAJA filed on February 14th, 2013. The Court being fully advised in the premises hereby grants said Motion.

IT IS FURTHER

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of $7500.00, to the Plaintiff, in care of the Plaintiff's attorney.

DATED at Denver, Colorado, this 25th day of March 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge